FILED
CLERK, U.S. DISTRICT COURT

MAR - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LESLIE VAN HOUTEN, | ) | Case No. CV 09-09355 AG (AN) |
| Petitioner, | ) | |
| v. | ) | ORDER APPROVING AND ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DAWN DAVISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Amended Report and Recommendation ("Amended R&R") and Petitioner's Objections thereto, *de novo*.

IT IS ORDERED that:

1. The Objections are overruled. Petitioner's repeated characterization of the clear holding of *Swarthout v. Cooke*, 562 U.S. ---, --- S. Ct. ----, No. 10-333, 2011 WL 197627 (U.S. Jan. 24, 2011) (per curiam), as dicta is misplaced. Equally, if not more, misplaced is her related argument that *Cooke* is entitled to less weight because it is a per curiam opinion. Indeed, to the extent Petitioner thinks *Cooke's* holding is mere dicta, and that its holding is not controlling, Petitioner is directed to review the Ninth Circuit's recent orders in *Smiley v. Hernandez*, no. 06-55727, 2011 WL 343951 (9th Cir. filed Jan. 28, 2011); *Tash v. Curry*, no. 08-17150, 2011 WL 304377 (9th Cir. filed Feb. 1, 2011), which recognize *Cooke's* holding as clearly established federal law, not dicta, and are cited for their persuasive value pursuant to Fed. R. App. P. 32.1(a).

2. The Amended R&R is approved and adopted.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 28, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE