ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LESLIE VAN HOUTEN,<br>      Petitioner,<br>    v.<br>DAWN DAVISON, Warden,<br>      Respondent. | Case No. CV 09-09355 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Amended Report and Recommendation.

Dated: February 28, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY